UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2015 FEB -5 PM 1:10

| | |
|---|---|
| VIA VADIS, LLC and<br><br>AC TECHNOLOGIES, S.A.,<br><br>      Plaintiffs,<br><br>v.<br><br>BUFFALO AMERICAS, INC.,<br><br>      Defendant. | Case No. 1:14-cv-808-LY |

## SCHEDULING ORDER

The Court conducted a hearing pursuant to Fed. R. Civ. P. 16, on January 27, 2015 at which time the Parties announced that they had agreed on all dates with respect to the Court's scheduling order through the Markman Hearing in this case.

The Parties now jointly move the Court to enter the following scheduling Order in the above styled case as well as all of the following cases:

| | |
|---|---|
| VIA VADIS, LLC and<br>AC TECHNOLOGIES, S.A.,<br>      Plaintiffs,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.,<br>Defendant. | Case No. 1:14-cv-807-LY |
| VIA VADIS, LLC and<br>AC TECHNOLOGIES, S.A.,<br>      Plaintiffs,<br><br>v.<br><br>NETGEAR, INC.,<br>Defendant. | Case No. 1:14-cv-809-LY |

la-1270138
25470432.1

| | |
|---|---|
| VIA VADIS, LLC and<br>AC TECHNOLOGIES, S.A.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>BLIZZARD ENTERTAINMENT, INC.,<br>Defendant. | Case No. 1:14-cv-810-LY |
| VIA VADIS, LLC and<br>AC TECHNOLOGIES, S.A.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>D-LINK SYSTEMS, INC.,<br>Defendant. | Case No. 1:14-cv-812-LY |
| VIA VADIS, LLC and<br>AC TECHNOLOGIES, S.A.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC..,<br>Defendant. | Case No. 1:14-cv-813-LY |

| **CASE MANAGEMENT DEADLINES** | **DATE** |
|---|---|
| Plaintiffs identify claims to be asserted | April 1, 2015 |
| Plaintiffs serve infringement contentions | April 1, 2015 |
| Defendants serve invalidity contentions | June 12, 2015 |
| Parties simultaneously exchange terms to be construed | August 7, 2015 |
| Parties exchange proposed constructions | August 21, 2015 |
| Parties identify whether they will use experts for claim construction | August 21, 2015 |
| Parties file joint claim construction statements | September 4, 2015 |
| Parties disclose experts and reports on issues of claim construction | September 11, 2015 |
| Parties provide rebuttal expert reports | September 25, 2015 |
| Close of claim construction discovery | October 9, 2015 |

la-1270138
25470432.1

| CASE MANAGEMENT DEADLINES | DATE |
|---|---|
| Opening claim construction briefs filed simultaneously | October 23, 2015 |
| Reply claim construction briefs filed simultaneously | November 13, 2015 |
| Tutorial | November 19, 2015 at 9:00 am |
| Markman Hearing | December 4, 2015 at 9:00 am |

It is further ORDERED that the Stay entered by the Court on **December 9, 2014** is lifted to the extent necessary to allow the Parties to prepare for the Markman hearing.

Signed ~~~~~~~~ this 5th day of February, 2015.

THE HONORABLE LEE YEAKEL
U.S. DISTRICT JUDGE

la-1270138
25470432.1